478 A.2d 91

Commonwealth v. Carroll, Appellant.

Submitted October 7, 1983. Jack J. Bulkin, for appellant; Jane C. Greenspan, Assistant District Attorney, for appellee.

Before BROSKY, MONTGOMERY, and CERCONE, JJ.

Judgment of sentence affirmed.